```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 29264
   JUDITH ANNE DANIEL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX
        Debtor
   SSN XXX-XX-3170

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/25/2005 and was confirmed 09/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  28.00%.

     The case was paid in full 12/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
RESURGENT ACQUISITION LL  UNSECURED        10429.89          .00        2920.37
RESURGENT ACQUISITION LL  UNSECURED        10089.98          .00        2825.19
DISCOVER FINANCIAL SERVI  UNSECURED         6045.32          .00        1692.69
TARGET NATIONAL BANK      UNSECURED         5123.84          .00        1434.68
FREEDMAN ANSELMO & LINDB  NOTICE ONLY     NOT FILED          .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY      2,000.00                    2,000.00
TOM VAUGHN                TRUSTEE                                        717.97
DEBTOR REFUND             REFUND                                          88.76

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  11,679.66

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        8,872.93
ADMINISTRATIVE                                   2,000.00
TRUSTEE COMPENSATION                               717.97
DEBTOR REFUND                                       88.76
                        --------------        --------------
TOTALS                   11,679.66              11,679.66
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 29264 JUDITH ANNE DANIEL

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 29264 JUDITH ANNE DANIEL